IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY, KANSAS

| | |
|---|---|
| BOBBY FRANKLIN JR., | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SAFELITE FULFILLMENT, INC., D/B/A SERVICE AUTO GLASS a foreign corporation; and SAFELITE GROUP, INC., a foreign corporation, | ) ) ) ) ) Case No. 2:19-cv-02126 |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff and Defendants, by and through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), announce to the Court that this matter has been settled and by the stipulation of the parties should be dismissed with prejudice with all parties responsible for their own costs and attorneys' fees.

| BRAD PISTOTNIK LAW, P.A. | WALLACE SAUNDERS |
|---|---|
| By: /s/ Jay Sizemore | By: /s/ Theodore A. Kardis |
| Tony L. Atterbury   KS 20314 | John M. Ross           KS 15605 |
| Jay Sizemore         KS 20395 | Theodore A. Kardis    KS 21052 |
| Brad Pistotnik Law, P.A. | Christopher C. Confer  KS 21419 |
| 10111 East 21st Street North, Suite 204 | 10111 West 87th Street |
| Wichita, Kansas  67206 | Overland Park, KS 66212 |
| Telephone: (316) 684-4400 | (913) 888-1000 FAX - (913) 888-1065 |
| Facsimile: (316) 684-4405 | jross@wallacesaunders.com |
| tony@bradpistotniklaw.com | tkardis@wallacesaunders.com |
| jay@bradpistotniklaw.com | cconfer@wallacesaunders.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANTS** |